**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  08–cv–01581–REB

LOUISE FOSTER,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration

      Defendant.

---

**ORDER APPROVING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

---

      The court has reviewed the parties' stipulated motion [#20], dated August 28, 2009, and filed October 5, 2009, for an award of attorney fees pursuant to the Equal Access to Justice Act, ("EAJA"), 28 U.S.C. § 2412(d).  Based upon these documents, it is ordered as follows:

      that the stipulated motion [#20] filed October 5, 2009, is granted;

      that the stipulation for attorney fees pursuant to the EAJA is approved, and Defendant is ordered to pay the amount of $5,200.00 to Plaintiff for attorney fees pursuant to the EAJA;

      that payment of the $5,200.00 shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA costs and fees in connection with this action; and

      that this award is without prejudice to the right of Plaintiff's counsel to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

      Dated this 7th day of October, 2009.

                                                    BY THE COURT:

                                                    Robert E. Blackburn
                                                    United States District Judge